## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01686-REB-KLM

KOLONDUS BROADNAX,

      Plaintiff,

v.

WINDHAM PROFESSIONAL, INC., a New Hampshire corporation,

      Defendant.

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff by and through her attorney, David M. Larson, and for her Notice of Settlement, hereby states as follows:

1. The Plaintiff and the Defendant have reached a settlement.

2. The Parties will be filing a Stipulation of Dismissal with Prejudice with each party to pay her or its own attorney's fees and costs once the settlement documents have been executed by the parties and delivered to all counsel and the Plaintiff has received the settlement funds. The parties expect this to happen by October 4, 2007.

Dated: September 21, 2007.

Respectfully Submitted,

  s/ David M. Larson
David M. Larson, Esq.
405 S. Cascade Avenue Suite 305
Colorado Springs, CO 80903
(719) 473-0006
Attorney for the Plaintiff