IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01686-REB-KLM

KOLONDUS BROADNAX,

    Plaintiff,

v.

WINDHAM PROFESSIONAL, INC., a New Hampshire corporation,

    Defendant.

**NOTICE OF DISMISSAL WITH PREJUDICE**
_____

COMES NOW the Plaintiff by her undersigned attorney of record who hereby notifies the Court that the parties have settled this matter and pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure hereby dismisses this case with prejudice and on the merits pursuant hereto with each party to pay her or its own attorney's fees and costs.

Dated: September 27, 2007.

                                          _s/ David M. Larson_____
                                          David M. Larson, Esq.
                                          Attorney for the Plaintiff
                                          405 S. Cascade Avenue Suite 305
                                          Colorado Springs, CO 80903
                                          (719) 473-0006